(88 South. 925)

MATHEWS v. STATE. (1 Div. 418.) (Court of Appeals of Alabama. May 17, 1921.) Appeal from Circuit Court, Mobile County; Joel W. Goldsby, Judge. Harwell G. Davis, Atty. Gen., for the State.

MERRITT, J. The appellant was convicted under an indictment which charged him with rape, and was sentenced to the penitentiary for a term of 10 years. There is no bill of exceptions, and the time for filing one has expired. We have examined the record, and find no reversible error. The judgment of conviction is therefore affirmed. Affirmed.

(91 South. 926)

MENNIFEE v. STATE. (5 Div. 389.) (Court of Appeals of Alabama. Dec. 20, 1921.) Appeal from Circuit Court, Chambers County; Lum Duke, Judge. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. Appeal dismissed for want of prosecution.

(92 South. 926)

METROPOLITAN DISCOUNT CO. v. GRISHAM. (8 Div. 864.) (Court of Appeals of Alabama. Feb. 21, 1922.) Appeal from Circuit Court, Lauderdale County; C. P. Almon, Judge. Mitchell & Hughston, of Florence, for appellee.

SAMFORD, J. Affirmed on certificate.

(91 South. 926)

MILLER v. STATE. (7 Div. 722.) (Court of Appeals of Alabama. Jan. 31, 1922.) Appeal from Circuit Court, Etowah County; W. J. Martin, Judge. Harwell G. Davis, Atty. Gen., for the State.

MERRITT, J. No bill of exceptions in the record, and time for filing one has expired. There is no error apparent of record. Affirmed.

(93 South. 926)

MIMS v. STATE. (5 Div. 378.) (Court of Appeals of Alabama. May 9, 1922.) Appeal from Circuit Court, Chilton County; B. K. McMorris, Judge. Harwell G. Davis, Atty. Gen., for the State.

MERRITT, J. Appeal dismissed, on motion of Attorney General.

(88 South. 925)

MONTGOMERY v. STATE. (6 Div. 696.) (Court of Appeals of Alabama. Dec. 7, 1920.) Appeal from Circuit Court, Winston County; J. J. Curtis, Judge. J. Q. Smith, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed on motion of Attorney General.

(90 South. 927)

MOOR v. RAMSEY. (8 Div. 821.) (Court of Appeals of Alabama. May 31, 1921.) Appeal from Circuit Court, Franklin County; C. P. Almon, Judge.

PER CURIAM. Appeal dismissed.

(92 South. 926)

MORRIS v. STATE. (8 Div. 875.) (Court of Appeals of Alabama. April 4, 1922.) Appeal from Circuit Court, Lauderdale County; C. P. Almon, Judge. Harwell G. Davis, Atty. Gen., for the State.

MERRITT, J. Appeal dismissed.

(91 South. 926)

MORRISON v. MORRISON'S ESTATE et al. (7 Div. 754.) (Court of Appeals of Alabama. Jan. 17, 1922.) Appeal from Probate Court, Randolph County; John T. Heflin, Judge. C. W. Clegg, of Wedowee, and R. J. Hooton, of Roanoke, for appellant. W. B. Merrill, of Heflin, for appellee.

BRICKEN, P. J. Appeal dismissed on motion of appellant.

(88 South. 926)

MUSGROVE v. STATE. (6 Div. 783.) (Court of Appeals of Alabama. Jan. 18, 1921.) Appeal from Circuit Court, Winston County; J. J. Curtis, Judge. Jim Musgrove was convicted of distilling alcoholic liquors, and he appeals. Affirmed. W. V. & C. E. Mayhall, of Haleyville, for appellant. J. Q. Smith, Atty. Gen., and Lamar Field, Asst. Atty. Gen., for the State.

BRICKEN, P. J. The defendant was indicted for the offense of distilling alcoholic liquors. He was convicted as charged, and sentenced to an indeterminate term of imprisonment in the penitentiary as provided by law. There was ample evidence upon which to submit. the case to the jury for its determination, and the only questions presented for review upon this appeal relate to three separate rulings of the court upon the testimony. Each of these rulings have been considered, and they are so clearly free from all error of a prejudicial nature we shall refrain from discussing them, and, the record being also free of error, the judgment of the lower court is affirmed. Affirmed.

(88 South. 926)

NUGENT v. STATE. (8 Div. 797.) (Court of Appeals of Alabama. Jan. 11, 1921.) Appeal from Circuit Court, Lauderdale County; C. P. Almon, Judge. Simpson & Simpson, of Florence, for appellant. J. Q. Smith, Atty. Gen., for the State.

MERRITT, J. Appeal dismissed on motion of appellant.